

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00649-CV

**IN THE INTEREST OF B.G.M.**, I.G.M., and O.M.M., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01163
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent. No costs are taxed in this appeal.

SIGNED February 1, 2017.

Patricia O. Alvarez, Justice